# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **April Lamontagne and Roland Lamontagne,** | ) |
| **As Co-Guardians of Kassie-Marie Lamontagne,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **United States of America, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATION

Pursuant to the provisions of 42 U.S.C. § 233(c), (g), and (l), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.3, I hereby certify that:

1. I have read the Complaint in this action.

2. On the basis of information now available with respect to the incidents alleged in the Complaint, Coos County Family Health Services ("CCFH") is an entity receiving federal grant money from the United States Public Health Service, pursuant to 42 U.S.C. §§ 254b, 254c, and 256a.

3. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g), the Secretary of the U.S. Department of Health and Human Services has deemed CCFH and its employees, including Dr. Basem Elbrolosy, employees of the Public Health Service for the purpose of medical malpractice coverage under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671, et seq., for acts and omissions during the period of time relevant to Plaintiff's complaint.

Accordingly, I hereby certify that Dr. Basem Elbrolosy was acting within the scope of his employment with CCFH at the time of the incidents alleged in the Complaint and, pursuant to 42 U.S.C. § 233(g), he is deemed to be an employee of the Public Health Services of the United States for Federal Tort Claims Act medical malpractice purposes.

Dated: August 17, 2023.

_____
JANE E. YOUNG
United States Attorney
District of New Hampshire