UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **April Lamontagne and Roland Lamontagne,** <br> **As Co-Guardians of Kassie-Marie Lamontagne,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **United States of America, et al.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF FILING OF NOTICE
OF REMOVAL OF CIVIL ACTION

TO:   Viktoriya A. Kovalenko, Clerk    .
      Coos County Superior Court
      55 School Street, Suite 301
      Lancaster, New Hampshire 03584

For Plaintiff:
Nicholas D. Cappiello, Esq.
Lubin & Meyer PC
100 City Hall Plaza
Boston, MA 02108

For Co-Defendants:
Beth G. Catenza, Esq. &
Paula R. Domanski, Esq.
Sulloway & Hollis, PLLC
8 Capitol Street
Concord, NH   03301
**o/b/o Androscoggin Valley Hospital
and Arthur Ruediger, D.O.**

Gregory G. Peters, Esq. &
Catherine C. Bousquet, Esq.
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH   03101
**o/b/o Coos North Country Radiology,
PLLC, d/b/a North Country Radiology
& Akshat Paliwal, M.D.**

Michael A. Pignatelli, Esq. &
Adam B. Pignatelli, Esq.
Rath, Young & Pignatelli, PC
One Capital Plaza
Concord, NH   03301
**o/b/o Virtual Radiologic Professionals,
LLC & & Rashmi Hande, M.D.**

Please take notice that, on August 17, 2023, Jane E. Young, United States Attorney for the District of New Hampshire, filed with the Clerk of the United States District Court for the District of New Hampshire, a notice of the removal of the above-entitled action.   A copy of the notice is attached.

Dated:   August 17, 2023

/s/ Terry L. Ollila
Terry L. Ollila, AUSA
Assistant U.S. Attorney
MA Bar No. 560603
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
Terry.Ollila@usdoj.gov