

U.S. Department of Justice

United States Attorney
District of New Hampshire

Federal Building  603/225-1552
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

August 17, 2023

Viktoriya A. Kovalenko
Coos Superior Court Clerk
55 School Street
Lancaster, NH 03584

      Re:    April Lamontagne, et al. v. Rashmi Handi, M.D., et al.
              Coos County Superior Court - #214-2023-CV-00048

Dear Clerk Kovalenko:

      Rule 81.1(c) of the Local Rules of the United States District Court for the District of New Hampshire states that a party filing a notice of removal of an action from a state court to a federal district court must, within 14 days, also file a certified or attested copy of all records and proceedings of that state court and a certified or attested copy of all docket entries of that state court. Accordingly, I am requesting that you mail to this office a certified or attested copy of all papers on record and a list of the docket entries in the above-captioned case. Only one certification is needed for the entire package. I do not need certification of individual pages.

      If there is a charge for this, please bill this office and include on the bill your tax identification number.

                                      Sincerely,

                                      JANE E. YOUNG
                                      United States Attorney


                                      By:
                                      Terry L. Ollila
                                      Assistant U.S. Attorney

cc:     Counsel for Plaintiff
         Counsel for Co-Defendants